# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1752(a)(1) - Entering or** |
| **DAVID MEDINA** | : | **Remaining in any Restricted Building or** |
| Defendant. | : | **Grounds Without Lawful Authority,** |
| | : | **18 U.S.C. § 1752(a)(2) - Disorderly and** |
| | : | **Disruptive Conduct in a Restricted** |
| | : | **Building or Grounds ,** |
| | : | **40 U.S.C. § 5104(e)(2)(D) - Disorderly** |
| | : | **Conduct in a Capitol Building,** |
| | : | **40 U.S.C. § 5104(e)(2)(G) - Parading,** |
| | : | **Demonstrating, or Picketing in a Capitol** |
| | : | **Building ,** |
| | : | **18 U.S.C. § 1512(c)(2) – Obstruction of an** |
| | : | **Official Proceeding ,** |
| | : | **18 U.S.C. § 1361 - Destruction of** |
| | : | **Government Property .** |
| | : | |
| | : | |

Case: 1:24-mj-58
Assigned To : Magistrate Judge Zia M. Faruqui
Assign. Date: 2/23/2024
Description: COMPLAINT WITH ARREST WARRANT

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   February 13, 2024

                                                                                              _____
                                                                                              HONORABLE ZIA M. FARUQUI
                                                                                              UNITED STATES MAGISTRATE JUDGE