AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-58 |
| David Medina | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date: 2/23/2024 |
|  | ) Description: COMPLAINT WITH ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ David Medina _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building ;
18 U.S.C. § 1512(c)(2) – Obstruction of an Official Proceeding ;
18 U.S.C. § 1361 - Destruction of Government Property .

Date: 02/13/2024

*Issuing officer's signature:* Zia M. Faruqui

City and state: Washington, D.C.     ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* February 15, 2024, and the person was arrested on *(date)* February 16, 2024
at *(city and state)* Portland, Oregon.

Date: February 16, 2024

*Arresting officer's signature*

Special Agent Michael Grubb
*Printed name and title*