**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 24-mj-00058** |
| | **:** | |
| **DAVID MEDINA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION TO CONTINUE STATUS HEARING**

The parties jointly move this Court to continue the status hearing, currently set for April 30, 2024, to a mutually agreeable date.  In support of its motion, the parties state:

1.    On February 13, 2024, the defendant was charged by Complaint with:

    a.  Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2);

    b.  Destruction of Government Property, in violation of 18 U.S.C. § 1361;

    c.  Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1);

    d.  Knowingly and with Intent to Impede or Disrupt the Orderly Conduct of Government Business, in violation of 18 U.S.C. § 1752(a)(2);

    e.  Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. 5104(e)(2)(D); and

    f.  Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. 5104(e)(2)(D).

2.    The defendant was arrested on the warrant on February 16, 2024, and made his initial appearance in Oregon that same day.  The defendant was released on his personal recognizance pending trial.

3.    On February 29, 2024, the defendant appeared remotely for his initial hearing in

the District of Columbia and a further status was scheduled for April 30, 2024.

4.      The government has extended a plea offer, and the defendant requires additional time to consider the offer.

5.      The parties have discussed a continued status hearing for mid-July and suggest the following dates: July 16, 17, or 18, 2024.

6.      The defendant consents to the exclusion, under the Speedy Trial Act, of the time between April 26, 2024 and the next court date.

7.      Additionally, because the defendant is on release, any continuance will not impact his liberty.

WHEREFORE, in light of the foregoing, the parties respectfully request that the Court VACATE the status hearing currently set for April 30, 2024, and reschedule the hearing for the dates outlined above, or to any other date available to the parties and this Court, and for any other relief this Court deems just and proper.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      /s/ *Sarah C. Martin*
Sarah C. Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
202-538-0035
Sarah.Martin@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 24-mj-00058** |
| | **:** | |
| **DAVID MEDINA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**<u>PROPOSED ORDER</u>**

Upon consideration of the Joint Motion to Continue Status Hearing, it is this _____ day of

April, 2024, hereby

ORDERED, that the parties' joint motion is GRANTED;

ORDERED, that a status hearing is scheduled for _____ at _____ ; and it is

further;

ORDERED, that in the interest of justice, and to allow the parties to continue working

toward resolution of this case, the time between April 26, 2024, and _____ shall be

excluded under the Speed Trial Act.

_____
United States Magistrate Judge

3