UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-MJ-058-ZMF |
| : | |
| DAVID MEDINA, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO MODIFY CONDITIONS**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant David Medina's ("Medina") Motion to Modify Pretrial Release Conditions. ECF No. 17. Because his request is unsupported by any demonstrated need, and because the condition imposed serves the important purpose of protecting the public, Medina's request to possess firearms should be denied.

**I.      FACTUAL BACKGROUND AND PROCEDURAL POSTURE**

   **A.      Medina's Participation in the January 6 Attack**

On January 6, 2021, thousands of rioters took part in an attack on the U.S. Capitol in an effort to stop the certification of the results of the 2020 presidential election. The rioters forced their way into the U.S. Capitol building, requiring elected officials and their staff to flee or shelter in place and injuring many law enforcement officers.

The defendant, David Medina, was one of those rioters. The Statement of Facts supporting the criminal complaint against Medina, ECF No. 1, alleges that he entered the Capitol on January 6 and traveled throughout areas of the first floor.

1

There, Medina smashed a sign belonging to then-Speaker of the House Nancy Pelosi. An open-source video first shows the sign hanging above the suite of offices belonging to the Speaker. *See Image 1.*



*Image 1: Screenshot of open-source video showing sign above entryway to Nancy Pelosi's office.*

The video goes on to show Medina, who can be seen standing in the hallway outside of the entryway to Pelosi's office. Medina then slams the wooden sign in an attempt to break it. *See Image 2.*



*Image 2: Series of screenshots showing medina slamming down the sign.*

In the next scene of the video, Medina can be seen standing next to rioters holding the shattered wooden sign with partial lettering visible, spelling "of the House" on the top line, and "Nancy P" on the lower line. *See Image 3.*



*Image 3: Screenshot of video showing Medina and the broken sign*

As the video continues, Medina faces directly into the camera. Speaking directly to a reporter, Medina states, "We were normal good, law-abiding citizens and you guys [the

government] did this to us. We want our country back." Medina then walked off further into the Capitol building. *See Image 4.*



*Image 4: Screenshot from video showing Medina.*

In another open-source image, Medina appears to be in the Rotunda of the U.S. Capitol, waving an ornate American Flag with golden fringe, mounted on a wooden pole with a golden eagle on the top. Based on the appearance of the flag and flagpole, the flag appears to be a ceremonial indoor flag that was likely taken from inside the U.S. Capitol. *See Image 5.*



*Image 5: An open-source image showing Medina waving a flag in the Rotunda.*

Following the events of January 6, the FBI conducted a voluntary, in-person interview of Medina on March 1, 2021. During that interview, Medina stated that he went to Washington, D.C. on January 6, 2021 to see Trump one last time and to "peacefully protest." He claimed that he did

4

not believe anyone could change the election results or stop the certification of the Electoral College vote. He reportedly was still at Trump's "Stop the Steal" rally when the U.S. Capitol building was breached. He admitted to going inside the U.S. Capitol building and once inside, yelled "Freedom" and "1776." Medina claimed that he stayed inside until security pushed people out.

Medina also stated that, on January 5, 2021, he went to a rally at Freedom Plaza. That same day, he went to the Capitol to try and interact with politicians. When at the Capitol on the 5th, he saw barriers and police present on the grounds.

Medina was shown a photograph of himself inside the Rotunda waving the aforementioned American flag. He identified himself in the photo. He stated that he retrieved the flag from a flag stand near the entrance of the Rotunda. He further stated that he waved the flag around for a while before giving it back to a police officer.

Medina also exchanged text messages with another individual in December 2020 and January 2021, whom he ultimately met in D.C. for January 6. On December 1 and 2, 2020, the two exchanged the following text messages, in which Medina said, "we should be storming the capitol building and our governor's houses armed and ready to take over." *See Image 6.*

| Timestamp | From | To | Message |
|---|---|---|---|
| 12/1/2020 9:51:00 PM(UTC+0) | Medina | [redacted] | They're either shamed into being labeled as conspiracy theorists or violent racists |
| 12/1/2020 9:51:51 PM(UTC+0) | [redacted] | Medina | People don't want to see it. Weather it's fear. Ignorance. Complacency or just don't care. I don't get it either. All I do is draw closer to Jesus or try too |
| 12/1/2020 9:52:45 PM(UTC+0) | Medina | [redacted] | We've been softened for years to prepare for this. With what's going on with governor's telling us who we can and can't have in our houses we should be storming the capitol building and our governor's houses armed and ready to take over |

*Image 6: A screenshot of a portion of the text conversation Medina had before January 6.*

In the same conversation, Medina said, "we need a war bro." *See Image 7.*

5

| | | | |
|---|---|---|---|
| 12/1/2020 11:22:55 PM(UTC+0) | | Medina | Emphasized "Sitting by allowing the governor's to shut down their state's and steal the election" |
| 12/1/2020 11:23:19 PM(UTC+0) | Medina | | Allowing riots to go on with no intervention |
| 12/1/2020 11:23:52 PM(UTC+0) | | Medina | I'm telling you. Martial Law |
| 12/1/2020 11:24:01 PM(UTC+0) | | Medina | It needs to happen |
| ... | | | |
| 12/2/2020 2:44:13 AM(UTC+0) | Medina | | We need a war bro |
| 12/2/2020 2:44:39 | Medina | | This country will never stop being soft until another big event happens that |

*Image 7: Another screenshot of a portion of the text conversation Medina had before January 6.*

On December 12, 2020, the two exchanged additional text messages. In that conversation, Medina expressed support for a "war or mass military operation" and said, "I will die for my country." *See Image 8*.

| | | | |
|---|---|---|---|
| 12/12/2020 5:40:58 AM(UTC+0) | Medina | | Can you feel it |
| 12/12/2020 5:41:34 AM(UTC+0) | | Medina | Feel what. War |
| 12/12/2020 5:42:05 AM(UTC+0) | Medina | | War or mass military operation |
| 12/12/2020 5:42:12 AM(UTC+0) | Medina | | Or large scale martial law |
| 12/12/2020 5:42:35 AM(UTC+0) | | Medina | I do feel it |
| ... | | | |
| 12/12/2020 5:46:11 AM(UTC+0) | Medina | | I will die for my country |
| 12/12/2020 5:46:25 AM(UTC+0) | Medina | | I fear it's coming to that |

*Image 8: A screenshot of a portion of a later text conversation Medina had before January 6.*

In January 2021, the two continued planning. Medina continued to contemplate violence on January 6 and told his companion that it was "war time" and to "kiss your children and wife. You're dying for this country. Civil War starts on the 6th." *See Image 9*.

| | | | |
|---|---|---|---|
| 1/1/2021 6:09:58 PM(UTC+0) | Medina | ▮ | War time |
| 1/1/2021 6:10:17 PM(UTC+0) | Medina | ▮ | Kiss your children and wife. You're dying for this country. Civil War starts on the 6th |
| 1/1/2021 6:10:23 PM(UTC+0) | Medina | ▮ | The battle of DC. |

*Image 9: A screenshot of a portion of a text conversation Medina had before January 6.*

Due to his participation in the riot, Median was charged by criminal complaint on February 13, 2024, and arrested on February 16, 2024. ECF Nos. 1, 5. The complaint charged Medina with knowingly entering or remaining in a restricted building or grounds without lawful authority, in violation of 18 U.S.C. § 1752(a)(1); disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2); disorderly conduct in a Capitol building or grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); parading, demonstrating, or picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G); obstruction of an official proceeding in violation of 18 U.S.C. § 1512(c)(2); and destruction of government property in violation of 18 U.S.C. § 1361. ECF No. 1.

## B. The Court's Restriction on Medina's Possession of Firearms as a Condition of Pretrial Release and Subsequent Litigation

Magistrate Robin M. Meriweather set Medina's conditions of release ("Order Setting Conditions of Bond") on February 29, 2024, at the Defendant's initial status conference in Washington, D.C. ECF No. 9. Prior to the initial status conference, the Pretrial Services Agency prepared a pretrial services report, which included a recommendation that Medina not be allowed to possess firearms. ECF No. 8 at 1.

On July 19, 2024, the Defendant filed a motion to modify his conditions of release, in which he asked this Court to remove the firearm restriction in his conditions of release. ECF No. 17.

## II.      ARGUMENT

This Court may impose a firearms restriction as a condition of release. 18 U.S.C. § 3142(c)(1)(B)(viii). Although the Court must impose the least restrictive set of conditions that will assure the appearance of the person as required and the safety of any other person and the community, *see* 18 USC § 3142 (c)(1)(B), Medina presents no valid argument why his firearm restriction should be rescinded.

At the time of Medina's initial appearance, the restriction served the valid purpose of protecting the public and the pretrial officer who supervises Medina. Pretrial services recommended it then (ECF No. 8), and it continues to serve that purpose now. Medina has articulated no intervening change in circumstances that would merit an alteration of the condition.

Moreover, Medina's argument that he currently reports to his pretrial officer only via an online system provides no consolation to concerns for the public safety. Just because the officer currently supervises him remotely, does not mean that the officer could not conduct an in-home visit at some point in the future. In-home visits also can occur unannounced, further underscoring the need to protect the officer's safety.

Medina also has failed to point to any particularized need for possessing firearms. He says only that he wishes to have them for general "protection"—from what, however, he does not say.

Medina's characterization of his criminal conduct as "non-violent" seriously understates his participation in the events of January 6, a historically aggressive riot at the Capitol building. Unlike many other participants in the January 6 riot, Medina was not a passive observer. Instead, he actively engaged in the destruction of a symbolic piece of the Capitol building, taking a sign belonging to Speaker Nancy Pelosi and smashing it into pieces.

Perhaps most concerning is Medina's violent rhetoric. On multiple occasions before January 6, Medina contemplated large-scale violence, including "war," "Civil War," and dying for his beliefs. That rhetoric metastasized into a specific, violent fantasy of "storming the capitol building and our governor's houses armed." He lived out the first portion of that fantasy—storming the United States Capitol building on January 6. The Court should take the second portion equally seriously.

## Conclusion

For these reasons, the government respectfully requests that the Court deny the Defendant's motion to remove the firearms restriction as a condition of his pretrial release.

                                            MATTHEW M. GRAVES
                                            United States Attorney

By:    /s/ *Eric W. Boylan*
          Eric W. Boylan
          Assistant United States Attorney
          Texas Bar No. 24105519
          Phone: 202-815-8608
          Email: Eric.Boylan@usdoj.gov
          601 D Street NW
          Washington, D.C. 20001