# Robert Hamilton

| | |
|---|---|
| **From:** | Martin, Sarah (USADC) <Sarah.Martin@usdoj.gov> |
| **Sent:** | Monday, April 1, 2024 5:35 PM |
| **To:** | Robert Hamilton |
| **Subject:** | RE: U.S. v. David Medina (24-mj-58): Global Discovery |

Hi Robert,

We are aware of that footage. Our position is that, even though he is not the individual who initially took it down, that further breaking the sign supports the charge of destruction of property.

Sarah

Sarah C. Martin
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20001
(202) 252-7048

---

**From:** Robert Hamilton <Robert_Hamilton@fd.org>
**Sent:** Monday, April 1, 2024 8:34 PM
**To:** Martin, Sarah (USADC) <SMartin7@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. David Medina (24-mj-58): Global Discovery

Great. Thank you. One of the charges in the complaint is a misdemeanor destruction of property for destroying Nancy Pelosi's sign. There is an HBO documentary- The Insurrectionists Next Door. Around minute 59:00, there is a segment about Nancy Pelosi's sign being destroyed. The video segment shows some other guy knocking down and then smashing the sign. Medina can then be seen picking up a piece of what I presume is the broken sign and hitting it against the wall ineffectually a couple times before dropping it and then a female appears to pick up that same piece.
I don't know what you all have, or what to assume you all know, it is hard to tell from the descriptions in the complaint. But if you haven't seen it can you check it out. I'm hoping it clears him of that misdemeanor destruction of property charge. Have of a good evening.

Robert

---

**From:** Martin, Sarah (USADC) <Sarah.Martin@usdoj.gov>
**Sent:** Monday, April 1, 2024 5:07 PM
**To:** Robert Hamilton <Robert_Hamilton@fd.org>
**Subject:** RE: U.S. v. David Medina (24-mj-58): Global Discovery

Robert,

Thank you for your quick response!

In response to your first question, yes you will receive case-specific discovery. It will take me some time to get the discovery from the agent, redact, etc. But hopefully I can get it to you by the status date.

1

Exhibit 1 - Page 1 of 1